■ MORTIMER P. O'SULLIVAN, Respondent, v. SPRINGFIELD FIRE AND MARINE INSURANCE Co., Defendant, and DONALD S. HOXSIE, Appellant.— In a negligence action to recover damages for injury to property, defendant Hoxsie appeals from a judgment of the County Court, Rockland County, rendered February 21, 1962 upon a jury's verdict after trial, in favor of plaintiff against said defendant for $697.80. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ DOROTHY E. PELICAN et al., Appellants, v. ARTHUR GOODMAN, Respondent.— In a negligence action to recover damages for personal injuries, loss of services and medical expenses, plaintiffs (husband and wife) appeal from a judgment of the Supreme Court, Suffolk County, entered February 28, 1962 upon the court's oral decision after a nonjury trial, dismissing the complaint. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE AIKEN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated January 22, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered January 9, 1958 after a jury trial, convicting him of burglary in the second degree and petit larceny, and imposing sentence upon him as a third felony offender. Said judgment was affirmed by this court (7 A D 2d 739). Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. GILMORE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated December 15, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered January 7, 1958, after trial, convicting him (and two codefendants) of kidnapping, robbery in the first degree, sodomy in the first degree (two counts) and possession of a dangerous weapon as a misdemeanor, and imposing sentence. The judgment of conviction was affirmed (10 A D 2d 726); leave to appeal to the Court of Appeals was denied by a Judge of the Court of Appeals; and certiorari to the Supreme Court of the United States was also denied (364 U. S. 888). Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.